REC'D AUG 2 2 2025

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

Regina Mercedes Guyton

Plaintiff,

v.

Southern Land Company (Headquartered in Nashville, TN)

and Brian Emmons, Eva Walker individually,

Defendants.

Case No.: [To be Assigned]

# COMPLAINT

(Breach of Contract, Negligence, and Unjust Enrichment)

## 1. Introduction

1. This action arises out of Defendants' breach of contract, negligence, and unjust enrichment in connection with Plaintiff's attempted purchase of property located in Philadelphia, Pennsylvania, valued at over $3 million.
2. Defendants accepted Plaintiff's reservation and funds for the transaction but later unilaterally retracted the deal and failed to return Plaintiff's money in a reliable manner.

## 2. Jurisdiction and Venue

3. This Court has jurisdiction under 28 U.S.C. § 1332 (Diversity Jurisdiction) because:
   a. Plaintiff is a citizen and resident of Pennsylvania;
   b. Defendants are citizens of Tennessee (headquartered in Nashville); and
   c. The amount in controversy exceeds $75,000, specifically involving a $3 million property transaction.
4. Venue is proper in this Court under 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims occurred in Philadelphia, Pennsylvania, and the property is located within this District.

## 3. Parties

5. Plaintiff, Regina Mercedes Guyton , is an individual residing in Pennsylvania.

6. Defendant, Southern Land Company , is a corporation headquartered in Nashville, Tennessee, doing business in Pennsylvania through its representatives and affiliates, including Land Services, Inc.

7. Defendant, Brian Emmons, and Eva Walker is an officer or representative of Defendant corporation, acting individually and within the scope of authority.

## 4. Statement of Facts

8. On April 10, 2025, Plaintiff agreed to purchase property located at 1911 Walnut – Laurel, Philadelphia, PA and followed the procedure outlined by Defendants.

9. On April 13, 2025, Defendant's representative, Ms. Walker, confirmed that Land Services and SLC accepted Plaintiff's reservation.

10. Plaintiff, acting in good faith, provided a non-refundable deposit and all balance information requested between April 12–15, 2025. All funds were tracked through Plaintiff's bank.

11. On April 14, 2025, Plaintiff delivered a handwritten note with additional funding. Shortly thereafter, Defendant Emmons unilaterally reversed the transaction.

12. Plaintiff supplied documentation requested from US Bank, the IRS, and other sources, demonstrating full compliance.

13. Defendants claim to have returned Plaintiff's funds by mail; however, Plaintiff never received these funds. Despite repeated

requests for duplicate checks, Plaintiff continues to experience unusual mail delays and has not been reimbursed.

14. Plaintiff contacted FedEx and confirmed that the sender is responsible for any missing or misissued packages.

15. As of June 19, 2025, Defendants have failed to return Plaintiff's funds or reinstate the contract, leaving Plaintiff financially harmed.

## 5. Causes of Action

Count I – Breach of Contract

16. Plaintiff entered into a valid contract with Defendants for the purchase of property.

17. Defendants breached the contract by unilaterally reversing the transaction and failing to return funds.

18. Plaintiff has suffered financial loss as a direct result of this breach.

Count II – Negligence

19. Defendants owed Plaintiff a duty to exercise reasonable care in handling funds and correspondence related to the property transaction.

20. Defendants breached this duty by failing to ensure Plaintiff's funds were properly returned.

21. As a result, Plaintiff suffered financial harm and continues to face vulnerability due to Defendants' negligence.

Count III – Unjust Enrichment

22. Defendants wrongfully retained Plaintiff's funds without providing the contracted property or reliable refund.

23. Equity and good conscience require restitution to Plaintiff.

## 6. Damages

24. Plaintiff has suffered damages including but not limited to:
   a. Financial loss of deposits and funds;
   b. Costs associated with pursuing documentation and correspondence;
   c. Emotional distress and inconvenience;
   d. Attorneys' fees and litigation expenses.

## 7. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enter judgment in favor of Plaintiff and against Defendants, jointly and severally;
2. Order Defendants to return all funds owed to Plaintiff;
3. Award compensatory damages in an amount to be determined at trial;

4. Award consequential damages, costs, and attorneys' fees;
5. Grant any further relief this Court deems just and proper.

Demand for Jury Trial

Plaintiff demands trial by jury on all claims so triable.

Respectfully submitted,

Regina Mercedes Guyton

/S/

PO Box 36613

Philadelphia PA 19107

moderngent1515@yahoo.com

**1. Civil Cover Sheet (JS-44)**

I. Plaintiff(s):

- Name: [Your Full Name]
- Address: [Your Address, City, State, ZIP]

II. Defendant(s):

- Name: [Company Name] (Headquartered in Nashville, TN)
- Additional Defendant: Brian Emmons (individual officer/representative)

III. County of Residence of First Listed Plaintiff: Philadelphia County, PA

IV. County of Residence of First Listed Defendant: Davidson County, TN

V. Basis of Jurisdiction (check one):

☑ Diversity (28 U.S.C. § 1332)

VI. Citizenship of Principal Parties:

- Plaintiff: Citizen of Pennsylvania
- Defendant: Corporation / individual in Tennessee

VII. Nature of Suit (check one):

☑ 190 Contract – Other Contract

☑ 360 Other Personal Injury / Negligence (optional)

VIII. Origin:

☑ Original Proceeding

IX. Cause of Action:

"Breach of contract, negligence, and unjust enrichment arising out of failed $3 million real estate transaction; Defendants failed to return funds properly."

X. Requested in Complaint:

- ☑ Jury Trial: Yes
- Monetary Relief: Over $75,000

XI. Related Cases (if any): None

Signature: ____________________

Date: ____________________

Sent from Yahoo Mail for iPhone
Regina Mercedes Guyton

**2. Summons in a Civil Action (AO-440)**

United States District Court

Eastern District of Pennsylvania

Plaintiff: [Your Full Name]

v.

Defendant(s): [Company Name, Inc., headquartered in Nashville, TN]; Brian Emmons, individually

Civil Action No.: [To be Assigned by Clerk]

To: (Defendant's name and address)

[Company Name]

[Corporate Office Address]

Nashville, TN [ZIP]

and

Brian Emmons

[Defendant's Business Address]

[City, State, ZIP]

You are hereby summoned and required to serve on Plaintiff [Your Full Name, Address] an answer to the Complaint within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Clerk of Court: ________________

Date: ________________

(Seal of the Court)

Sent from Yahoo Mail for iPhone
Regina Mercedes Guyton