IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINA MERCEDES GUYTON,

Plaintiff,

v. Civil Action No. 25-04871

SOUTHERN LAND COMPANY, et al.,

Defendants.

UPDATED AMENDED COMPLAINT

Date: November 21, 2025

FACTS

1. Plaintiff executed a Reservation Agreement for Unit 3404 (Exhibit Compilation, page 7).

2. Defendant Walker circled Unit 3404 and added a backup unit.

3. Plaintiff provided all required documents (Exhibit Compilation pages 8–12).

4. Plaintiff provided proof of funds (pages 14, 16).

5. Plaintiff provided IRS Form 8821.

6. Plaintiff's June 19 rebuttal letter (Exhibit H) recounts Defendants' acceptance of the reservation and sudden reversal.

7. Defendants failed to mail returned checks to PO Box 36613.

8. FedEx confirmed sender responsibility (Exhibit H ¶8).

9. Plaintiff suffered harm as a result.

COUNTS

I – Promissory Estoppel

II – Negligence

III – Unjust Enrichment

IV – Bad Faith & Discriminatory Treatment

Respectfully submitted,

Regina Mercedes Guyton

Plaintiff, Pro Se

# Exhibit Completion File – All Submitted Images

***Image: IMG_1264.jpeg***

EXHIBIT A

3880 Glendale St.
19124

CASH RMG
30 days
pending POF

THE
LAUREL
RITTENHOUSE SQUARE

**THE LAUREL CONDOMINIUM**
**RESERVATION AGREEMENT**

Back-up
RMG

DATE: 4-10-25
UNIT: 3404

PURCHASE PRICE: $ 3,130,395

THE BUYER(S) REGINA M GUYTON HEREBY DELIVER(S) TO THE SELLER A CHECK IN THE AMOUNT OF $25,000.00 TO RESERVE THE CONDOMINIUM UNIT IDENTIFIED ABOVE.

**THIS IS NOT A BINDING AGREEMENT OF SALE. THIS REFUNDABLE DEPOSIT SHALL RESERVE THE UNIT FOR A PERIOD OF 15 DAYS. THE SELLER AGREES TO HOLD THE UNIT FOR THE BUYER(S) FOR A PERIOD OF 15 DAYS, DURING WHICH THE PARTIES MAY ENTER INTO A BINDING AGREEMENT OF SALE. IF A MUTUAL AGREEMENT OF SALE IS NOT EXECUTED BY BOTH PARTIES WITHIN 15 DAYS FROM THE DATE HEREOF, (1) THE $25,000.00 RESERVATION PAYMENT SHALL BE RETURNED TO THE BUYER(S), (2) THIS RESERVATION AGREEMENT SHALL BE NULL AND VOID, (3) THE BUYER SHALL HAVE NO OBLIGATION TO PURCHASE THE UNIT, AND (4) NEITHER PARTY SHALL HAVE ANY LIABILITY TO THE OTHER IN CONNECTION WITH THIS RESERVATION AGREEMENT.**

☒ BUYER(S) ACKNOWLEDGE(S) THAT ON THE DATE HEREOF, BUYER RECEIVED THE CURRENT FULLY ASSEMBLED PUBLIC OFFERING STATEMENT, INCLUDING ALL EXHIBITS THERETO, AS AMENDED THROUGH THE DATE OF RECEIPT.

BUYER(S) NAME, ADDRESS AND TELEPHONE NO.

BUYER: Regina M Guyton
SOCIAL SECURITY #: ____

BUYER: ____
SOCIAL SECURITY #: ____

AGENT FOR BUYER: [signature]

ADDRESS: P.O. Box 36613
Phila, PA 19107

PHONE:
CELL: 267-624-2885

E-MAIL: moderngent1515@yahoo.com.

SELLER: 1911 WALNUT STREET, LLC

BY: ____

AGENT FOR SELLER: ____

THE
LAUREL
RITTENHOUSE SQUARE

# DEPOSIT ESCROW AGREEMENT

Date: 3/10/25

WHEREAS, LAUREL OWNER, LLC ("Seller", collectively and individually) by Reservation Agreement (the "Agreement") dated the 10 day of April 2025, has agreed to reserve for Regina Guytorv ("Buyer" collectively and individually) those premises commonly described as The Laurel Unit # ________ for the consideration therein stated, a copy of which Agreement is made a part hereof.

AND WHEREAS Buyer and Seller have requested LAND SERVICES USA, INC. ("Company") to receive a deposit of $ 25,000.00 [and any additional and/or subsequent deposits pursuant to the Agreement] to be held in escrow in an account held in a federally insured Pennsylvania or federal banking or savings institution located in Philadelphia County (all such deposits being referred to collectively herein as the "Fund"). Company agrees to hold the Fund in accordance with the terms and provisions of the Agreement, subject to the following:

IT IS UNDERSTOOD and agreed that Company is an escrow holder only, is merely responsible for the safekeeping of the Fund and shall not be required to determine questions of fact or law.

IT IS FURTHER UNDERSTOOD and agreed that Company is acting as a stakeholder only with respect to the Fund. If there is any question or dispute as to whether Company is obligated to deliver the Fund, or any portion thereof, or as to whom the Fund is to be delivered, or in the event of unilateral termination of the Agreement by either Buyer or Seller, Company may refuse to make any delivery and may continue to hold the Fund until receipt by Company of written authorization, executed by both Seller and Buyer, directing the disposition of the Fund or, in absence of such joint written authorization, until final determination of the rights of the parties in a judicial proceeding. Seller and Buyer agree that the duties of Company in its capacity as escrow agent under this agreement are ministerial in nature and that Company shall incur no liability under this agreement except for its willful misconduct or gross negligence. In the event of a dispute, Company is authorized to pay the Fund into court.

Company shall not be required to deposit the Fund in an interest-bearing account until receipt of a fully-executed and completed IRS Form W-9 signed by the party to whom the interest shall be paid and reflecting that party's taxpayer identification number thereon.

In the event that the Fund has been invested in an interest-bearing account, Company will not be liable for any loss or impairment of the Fund if the loss or impairment results from the failure, insolvency or suspension of the depository institution. Company assumes no liability for interest on the Fund.

Company shall be indemnified fully by Buyer and Seller for all its expenses, costs and reasonable legal fees incurred in connection with any interpleader action that Company might file to resolve any dispute as to the Fund. If Company is made a party to any judicial, non-judicial or administrative action, hearing or process based on the acts of Seller and Buyer and not on the willful misconduct and/or gross negligence of Company in performing its duties hereunder, then the losing party shall indemnify, save and hold harmless Company from the expenses, costs and reasonable attorney's fees incurred by Company in responding to such actions, hearing or process.

THIS AGREEMENT constitutes the entire agreement between Land Services USA, Inc. and all parties hereto concerning the Fund.

SELLERS: [signature]

LAUREL OWNER, LLC

BUYERS: Regina M Guyton [signature]

ADDRESS 1911 Walnut Street
Philadelphia, PA 19103

TELEPHONE: 215-977-9777

ADDRESS ______

TELEPHONE: 267-624-2885

---

ACCEPTED ON BEHALF OF THE COMPANY:

**LAND SERVICES USA, INC.**

BY: ______

ADDRESS: 1835 Market Street, Suite 420
Philadelphia, PA 19103

TELEPHONE: 215-255-8982

Exhibit H – Plaintiff's Rebuttal Letter

Date: June 19, 2025

Dear Brian,

This letter serves as my formal rebuttal to your statements and actions surrounding my attempted condominium purchase at 1911 Walnut.

1. On April 10, 2025, your representative outlined the purchasing procedure, and I followed the instructions exactly. I had previously expressed interest in another unit, and after reviewing the options, I was pleased to move forward and enter the reservation agreement.

2. I entered this contract fully, transparently, and in good faith. Any delays or modifications were outside my control. I clearly communicated that US Bank—my financial institution—is not local, and therefore certain documents require processing time. However, I assured your team that I would satisfy every financial request lawfully and within reason.

3. On April 13, 2025, Ms. Eva Walker contacted me directly, expressing excitement and informing me that Land Services and Southern Land Company had accepted my reservation. I do not understand why, the very next day on April 14, you reversed this decision despite my offering additional upgrades consistent with your company standards.

4. Between April 12 and April 15, after several emails with Ms. Walker, she informed me that the remaining balance was "non-refundable." I complied without hesitation. I did not invent this number; I followed your representative's instructions. All of my funds are tracked and safeguarded, and I continued moving forward with full integrity.

5. Because this was not a mortgage transaction, I was authorized to provide financial verification in alternative lawful forms. US Bank previously informed me in writing that they do not provide funds-verification letters in the format you requested. I made multiple documented attempts to obtain what you asked for, and I provided every form of verification within my legal rights.

6. I requested IRS verification from the start. IRS Form 8821 allows your company to receive confirmation directly from the IRS and from U.S. Bank. This method is as legitimate—if not more so—than the forms your team had me sign listing my PO Box as my financial correspondence address.

7. On April 14, 2025, I delivered a handwritten note to you along with additional funding. You responded not with clarification, but by retracting the entire transaction.

8. You claim that on May 5, 2025, you mailed my financial instruments back to me. However, at the time of signing, I verbally informed your team and your paperwork explicitly reflected that all correspondence must be sent to my PO Box 36613. This instruction was disregarded. FedEx has

confirmed that the sender—not the recipient—is responsible for misdelivery. This error has placed me at risk, and the issue cannot be remedied simply by "stopping payment."

9. As of June 19, 2025, I have not received any package from your company. Because your team still may be in possession of my personal materials, I consider myself still actively involved in this transaction. I remain open to continuing negotiations, and any reasonable deadline beyond June 23, 2025 is acceptable.

10. Your records also fail to include receipts showing that I notified Chase Bank to protect the integrity of the transaction. I provided you with these receipts, as well as a notarized background check conducted by one of your affiliated properties, which confirmed that concerns raised during initial intake were unfounded. Your actions—including the tone and nature of your subsequent communications—appear retaliatory and discriminatory.

11. I continue to believe this matter can be resolved equitably and professionally, and I remain willing to proceed to closing.

Respectfully,

Regina Mercedes Guyton

Form **W-9**
(Rev. March 2024)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

Print or type. See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)
Regina M Guyton

2 Business name/disregarded entity name, if different from above.

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☐ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) . . . . ____

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ____

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions . . . . . . . . . . . . ☐

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ____

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) ____

*(Applies to accounts maintained outside the United States.)*

5 Address (number, street, and apt. or suite no.). See instructions.
P O Box 36613

Requester's name and address (optional)

6 City, state, and ZIP code
Phila PA 19107

7 List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
162 - 62 - 8792

**or**

**Employer identification number**
__ __ - __ __ __ __ __ __ __

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person Regina M Guyton Date 3/10/25

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

# CONSUMER NOTICE

## THIS IS NOT A CONTRACT

Pennsylvania law requires real estate brokers and salespersons (licensees) to advise consumers who are seeking to sell or purchase residential or commercial real estate or tenants who are seeking to lease residential or commercial real estate where the licensee is working on behalf of the tenant of the business relationships permitted by the real estate licensing and registration act. **This notice must be provided to the consumer at the first contact where a substantive discussion about real estate occurs unless an oral disclosure has been previously provided. if the oral disclosure was provided, this notice must be provided at the first meeting or the first time a property is shown to the consumer by the broker or salesperson.**

**Before you disclose any information to a licensee, be advised that unless you select an agency relationship the licensee is NOT REPRESENTING YOU. A business relationship of any kind will NOT be presumed but must be established between the consumer and the licensee.**

Any licensee who provides you with real estate services owes you the following duties:

- Exercise reasonable professional skill and care which meets the practice standards required by the Act.
- Deal honestly and in good faith.
- Present, in a reasonably practicable period of time, all offers, counteroffers, notices, and communications to and from the parties in writing. The duty to present written offers and counteroffers may be waived if the waiver is in writing.
- Comply with Real Estate Seller Disclosure Act.
- Account for escrow and deposit funds.
- Disclose all conflicts of interest in a reasonably practicable period of time.
- Provide assistance with document preparation and advise the consumer regarding compliance with laws pertaining to real estate transactions.
- Advise the consumer to seek expert advice on matters about the transaction that are beyond the licensee's expertise.
- Keep the consumer informed about the transaction and the tasks to be completed.
- Disclose financial interest in a service, such as financial, title transfer and preparation services, insurance, construction, repair or inspection, at the time service is recommended or the first time the licensee learns that the service will be used.

A licensee may have the following business relationships with the consumer:

**Seller Agency:**

Seller agency is a relationship where the licensee, upon entering into a written agreement, works only for a seller/landlord. Seller's agents owe the additional duties of:

- *Loyalty* to the seller/landlord by acting in the seller's/landlord's best interest.
- *Confidentiality*, except that a licensee has a duty to reveal known material defects about the property.
- Making a *continuous and good faith effort* to find a buyer for the property, except while the property is subject to an existing agreement.
- Disclosure to other parties in the transaction that the licensee has been engaged as a seller's agent.

A seller's agent may compensate other brokers as *subagents* if the seller/landlord agrees in writing. Subagents have the same duties and obligations as the seller's agent. Seller's agents may also compensate buyer's agents and transaction licensees who do not have the same duties and obligations as seller's agents.

If you enter into a written agreement, the licensees in the real estate company owe you the additional duties identified above under seller agency. The exception is designated agency. See the designated agency section in this notice for more information.

**Buyer Agency:**

Buyer agency is a relationship where the licensee, upon entering into a written agreement, works only for the buyer/tenant. Buyer's agents owe the additional duties of:

- *Loyalty* to the buyer/tenant by acting in the buyer's/tenant's best interest.
- *Confidentiality*, except that a licensee is required to disclose known material defects about the property.
- Making a *continuous and good faith effort* to find a property for the buyer/tenant, except while the buyer/tenant is subject to an existing contract.
- Disclosure to other parties in the transaction that the licensee has been engaged as a buyer's agent.

A buyer's agent may be paid fees, which may include a percentage of the purchase price, and, even if paid by the seller/landlord, will represent the interests of the buyer/tenant.

If you enter into a written agreement, the licensees in the real estate company owe you the additional duties identified above under buyer agency. The exception is designated agency. See the designated agency section in this notice for more information.

**Dual Agency:**

Dual agency is a relationship where the licensee acts as the agent for both the seller/landlord and the buyer/tenant in the same transaction with the written consent of all parties. Dual agents owe the additional duties of:

- Taking no action that is *adverse or detrimental* to either party's interest in the transaction.

- Unless otherwise agree to in writing, making a *continuous and good faith* effort to find a buyer for the property and a property for the buyer, unless either are subject to an existing contract.
- *Confidentiality*, except that a licensee is required to disclose known material defects about the property.

**Designated Agency:**

In designated agency, the employing broker may, with your consent, designate one or more licensees from the real estate company to represent you. Other licensees in the company may represent another party and shall not be provided with any confidential information. The designated agent(s) shall have the duties as listed above under seller agency and buyer agency.

In designated agency, the employing broker will be a dual agent and have the additional duties of:

- Taking reasonable care to protect any confidential information disclosed to the licensee.
- Taking responsibility to direct and supervise the business activities of the licensees who represent the seller and buyer while taking no action that is adverse or detrimental to either party's interest in the transaction.

The designation may take place at the time that the parties enter into a written agreement, but may occur at a later time. Regardless of when the designation takes place, the employing broker is responsible for ensuring that confidential information is not disclosed.

**Transaction Licensee:**

A transaction licensee is a broker or salesperson who provides communication or document preparation services or performs other acts for which a license is required **WITHOUT being the agent or advocate** for either the seller/landlord or the buyer/tenant. Upon signing a written agreement or disclosure statement, a transaction licensee has the additional duty of limited confidentiality in that the following information may not be disclosed:

- The seller/landlord will accept a price less than the asking/listing price.
- The buyer/tenant will pay a price greater than the price submitted in a written offer.
- The seller/landlord or buyer/tenant will agree to financing terms other than those offered.

Other information deemed confidential by the consumer shall not be provided to the transaction licensee.

**OTHER INFORMATION ABOUT REAL ESTATE TRANSACTIONS**

The following are negotiable and shall be addressed in an agreement/disclosure statement with the licensee:

- The duration of the employment, listing agreement or contract.
- The fees or commissions.
- The scope of the activities or practices.
- The broker's cooperation with other brokers, including the sharing of fees.

Any sales agreement must contain the zoning classification of a property except in cases where the property is zoned solely or primarily to permit single family dwellings.

Real Estate Recovery Fund exists to reimburse any person who has obtained a final civil judgment against a Pennsylvania real estate licensee owing to fraud, misrepresentation, or deceit in a real estate transaction and who has been unable to collect the judgment after exhausting all legal and equitable remedies. For complete details about the Fund, call (717) 783-3658.

---

**ACKNOWLEDGMENT**

I acknowledge that I have received this disclosure.

Date: 4/10/25

Regina M Guyton
Print (Consumer) | Print (Consumer)

Regina M Guyton
Signed (Consumer) | Signed (Consumer)

Address (Optional) | Address (Optional)

267-624-2885
Phone Number (Optional) | Phone Number (Optional)

---

I certify that I have provided this document to the above consumer.

Date: 4/10/25 ~~Amy Lehman~~ EVA WALKER
Print (Licensee)

[signature]
Signed (Licensee)

***Adopted by the State Real Estate Commission at 49 Pa. Code §35.336.***

# Exhibit B

## PENNSYLVANIA VERIFICATION ON OATH OR AFFIRMATION

State of Pennsylvania

County of Philadelphia

Signed and sworn to (or affirmed) before me on

April 11, 2025 by
*Date*

Regina Guyton
*Name of Individual Making Statement No. 1*

*Name of Individual Making Statement No. 2*

[signature]
*Signature of Notarial Officer*

Aaron Randall
*Printed Name of Notarial Officer*

Title of Office: Associate Banker

My Commission Expires: 01/15/2029

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

*Place Official Stamp/Notary Seal Above*

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Screening Report, W-9, Taxes, Bank letter

Document Date: April 11, 2025 Number of Pages: 10

Signer(s) Other Than Named Above:

©2019 National Notary Association

# PROOF OF FUNDS

EXHIBIT B

Date: April 11, 2025

To Whom It May Concern:

Regina M Guyton has the availability of private funds for the purposes of real estate investing and is a valued client. The client has approved lines of credit in place and or available funds in the amount of $ 25,000,000.00

The Borrower (s) has immediate access to these funds and has access and proof of funds for the amount declared below.

The available funds balance today is in the amount of $ 5,750,326.26

In the event you would like to verify these funds please address your calls to the contact information provided below and we will do all we can to assist you for the benefit our client.

Sincerely

CHASE

**Aaron Randall**
Associate Banker-ME

Consumer Banking
1628 John F Kennedy Blvd
Philadelphia, PA 19103
Phone (215) 430-5742
aaron.randall@chase.com

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

JPMorgan Chase Bank, N.A.

usbank

Business Service Center
5065 Wooster Rd
Cincinnati, OH 45226
Ph: 800-673-3555
Fax: 866-493-6231

business.servicecenter@usbank.com

11/20/2024

Regina Guyton
DBA Regina Mercedes Guyton
3880 Glendale St
Philadelphia, PA 19124

Re: Checking account ending in 0579

To Whom It May Concern,

As requested, we're providing this letter to confirm that as of the date of this letter, Regina Mercedes Guyton is the only authorized signer on the following account which can accept ACH debits/credits and is open and active:

- **Account Title**: Regina Guyton DBA Regina Mercedes Guyton
- **Account Number**: xxxxxxxx0579 (see statement for full account number)
- **Routing Number**: 091000022

We appreciate the opportunity to assist you. If you have any further questions, please call the U.S. Bank Business Service Center at 800-673-3555. We're available Monday through Friday from 8 a.m. to 8 p.m. CT, and 8 a.m. to 6:30 p.m. CT on Saturday.

Sincerely,

Epiphany D.
U.S. Bank Service Specialist

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

AR

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2025
Response Date: 04-09-2025
Tracking Number: 107800074793

Account Transcript

FORM NUMBER: 1040 TAX PERIOD: Dec. 31, 2024

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-8792

REGI M GUYT
3880 G

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: -94,291.00
ACCRUED INTEREST: 0.00 AS OF: Apr. 21, 2025
ACCRUED PENALTY: 0.00 AS OF: Apr. 21, 2025

ACCOUNT BALANCE
PLUS ACCRUALS
(this is not a
payoff amount): -94,291.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 01
FILING STATUS: Single
ADJUSTED GROSS
INCOME: 466,703.00
TAXABLE INCOME: 0.00
TAX PER RETURN: 4,956.00
SE TAXABLE INCOME
TAXPAYER: 0.00
SE TAXABLE INCOME
SPOUSE: 0.00
TOTAL SELF
EMPLOYMENT TAX: 0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Apr. 15, 2025
PROCESSING DATE Apr. 14, 2025

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16221-482-69753-5 | 20251305 | 04-14-2025 | $4,956.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2025 | -$99,247.00 |
| 810 | Refund freeze | | 01-02-2024 | $0.00 |

971 Notice issued 04-14-2025 $0.00

This Product Contains Sensitive Taxpayer Data

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-09-2025
Response Date: 04-09-2025
Tracking Number: 107800095336

Account Transcript

FORM NUMBER: 1040 TAX PERIOD: Dec. 31, 2022

TAXPAYER IDENTIFICATION NUMBER: XXX-XX-8792

REGI GUYT

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: 194,101.25
ACCRUED INTEREST: 32,238.02 AS OF: Apr. 21, 2025
ACCRUED PENALTY: 776.40 AS OF: Apr. 21, 2025

ACCOUNT BALANCE
PLUS ACCRUALS
(this is not a
payoff amount): 227,115.67

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS: 01
FILING STATUS: Single
ADJUSTED GROSS
INCOME: 443,801.00
TAXABLE INCOME: 430,851.00
TAX PER RETURN: 0.00
SE TAXABLE INCOME
TAXPAYER: 136,103.00
SE TAXABLE INCOME
SPOUSE: 0.00
TOTAL SELF
EMPLOYMENT TAX: 28,857.00

Commonwealth of Pennsylvania - Notary Seal
AARON S RANDALL - Notary Public
Philadelphia County
My Commission Expires January 15, 2029
Commission Number 1387466

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 29, 2023
PROCESSING DATE Nov. 27, 2023

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>16221-702-01326-3 | 20234505 | 11-27-2023 | $0.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2023 | -$143.00 |
| 810 | Refund freeze | | 02-13-2023 | $0.00 |
| 768 | Earned income credit | | 04-15-2023 | -$429.00 |
| 971 | Amended tax return or claim forwarded for processing | | 08-02-2024 | $0.00 |

11:17 5G E

# USPS eReceipt

DoNotReply@ereceipt.usps.gov Apr 12
usps.com
To: MODERNGENT1515@YAHOO.COM

UNITED STATES POSTAL SERVICE ®

MIDDLE CITY
2037 CHESTNUT ST FL 1
PHILADELPHIA, PA 19103-9997
(800)275-8777

04/12/2025 11:43 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Cardinal #10 Env | 4 | $0.95 | $3.80 |
| First-Class Mail® Letter | 1 | | $0.73 |
| Washington, DC 20220 | | | |
| Weight: 0 lb 0.90 oz | | | |
| Estimated Delivery Date Tue 04/15/2025 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 2996 9699 24 | | | |
| Total | | | $5.58 |
| First-Class Mail® Letter | 1 | | $0.73 |
| Saint Paul, MN 55107 | | | |
| Weight: 0 lb 0.90 oz | | | |
| Estimated Delivery Date Thu 04/17/2025 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 2996 9699 48 | | | |
| Total | | | $5.58 |
| First-Class Mail® Letter | 1 | | $0.73 |
| New York, NY 10017 | | | |
| Weight: 0 lb 0.90 oz | | | |
| Estimated Delivery Date Tue 04/15/2025 | | | |
| Certified Mail® | | | $4.85 |
| Tracking #: 9589 0710 5270 2996 9699 31 | | | |
| Total | | | $5.58 |
| Grand Total: | | | $20.54 |
| Cash | | | $20.54 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.

U.S. Postal Service Visit site

Delete Reply Forward Move More

***Image: F779FE8E-CADF-4B05-8CF8-A16C518A7E52.jpeg***



image001.jpg

Form **8821** (Rev. January 2021) Department of the Treasury Internal Revenue Service

**Tax Information Authorization**

▶ Go to www.irs.gov/Form8821 for instructions and the latest information.
▶ Don't sign this form unless all applicable lines have been completed.
▶ Don't use Form 8821 to request copies of your tax returns or to authorize someone to represent you. See instructions.

For IRS Use Only: Received by: Name, Telephone, Function, Date

**1 Taxpayer information.** Taxpayer must sign and date this form on line 6.

Taxpayer name and address: Guyton Regina c/o 3886 Glendale St Phila PA 19124

Taxpayer identification number(s): 162628792

Daytime telephone number | Plan number (if applicable)

**2 Designee(s).** If you wish to name more than two designees, attach a list to this form. ***Check here if a list of additional designees is attached*** ▶ ☐

Name and address: Southern Land Company 3990 Hillsboro Pike, Suite 400

**Check if to be sent copies of notices and communications** ☐

CAF No. / PTIN / Telephone No. / Fax No. / Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address: Nashville, TN 37215

**Check if to be sent copies of notices and communications** ☐

CAF No. / PTIN / Telephone No. / Fax No. / Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

**3 Tax information.** Each designee is authorized to inspect and/or receive confidential tax information for the type of tax, forms, periods, and specific matters you list below. See the line 3 instructions.

☐ By checking here, I authorize access to my IRS records via an Intermediate Service Provider.

| (a) Type of Tax Information (Income, Employment, Payroll, Excise, Estate, Gift, Civil Penalty, Sec. 4980H Payments, etc.) | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) | (d) Specific Tax Matters |
|---|---|---|---|
| ✓ | | | Asset Verification |
| Bank accounts up | to amount of contract | | |
| | | | |

**4 Specific use not recorded on the Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions. If you check this box, skip line 5 . . . ▶ ☐

**5 Retention/revocation of prior tax information authorizations.** If the line 4 box is checked, skip this line. If the line 4 box isn't checked, the IRS will automatically revoke all prior tax information authorizations on file unless you check the line 5 box and **attach a copy** of the tax information authorization(s) that you want to retain . . . ▶ ☐
To revoke a prior tax information authorization(s) without submitting a new authorization, see the line 5 instructions.

**6 Taxpayer signature.** If signed by a corporate officer, partner, guardian, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify that I have the legal authority to execute this form with respect to the tax matters and tax periods shown on line 3 above.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

▶ **DON'T SIGN THIS FORM IF IT IS BLANK OR INCOMPLETE.**

Signature: Regina M Guyton | Date: 4/12/25

Print Name | Title (if applicable)

For Privacy Act and Paperwork Reduction Act Notice, see the instructions. Cat. No. 11596P Form **8821** (Rev. 01-2021)

From Me 6/16/25
Re: Asset verification View message

Star Forward Share Delete


IMG_1233.jpeg
Philadelphia, PA 19107
215.923.2520
June 18, 2025 8:17 AM
Receipt #: FEDK00610219
FedEx Express
FedEx 2Day
882120016050
$10.00
Recipient Address
Digital Services & Wealth Mgmt
US Bank Corp Investments
60 LIVINGSTON AVE
SAINT PAUL, MN 55107 2292, US
555-555-5555
Scheduled Delivery Date: 06/20/2025
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
FEDEX_ONE_RATE
EMAIL_NOTIFICATION
Package Weight: .15 lb (S)
Declared Value: $1
FedEx Express
FedEx 2Day
882120042780
$10.00
Recipient Address
Department of Treasury
1500 Pennsylvania Ave NW
WASHINGTON, DC 20220, US
555-555-5555
Scheduled Delivery Date: 06/20/2025
Pricing Option: One Rate
Package Information: FedEx Envelope
Additional Services:
FEDEX_ONE_RATE
EMAIL_NOTIFICATION
Package Weight: .15 lb (S)
Declared Value: $1
Express Subtotal $20.00
Tax $0.00
Total $20.00
From Me
Re: Asset verification
6/18/25
View message
Star
Forward
Share
Delete

***Image: A7413502-C095-4472-9F90-480C8EE87BEC.jpeg***




IMG_1263.png
10:07
5G
Edit
E
SLC
Eva Walker
message
call
video
pay
April 13, 2025
11:33 AM Incoming Call
1 minute
Calls with a checkmark have been verified by the carrier.
E
Contact Photo & Poster
phone RECENT
+1 (215) 913-5349
From Me
6/19/25
Re: Laurel Purchase
View message
Star
Forward
Share
Delete

***Image: 0A41F3EC-E048-4173-BD04-6501A3E1DC65.jpeg***




April 14, 2025

Laurel Owner LLC
Brian Emmons

Re: Purchasing unit 8404

MR. Emmons

In view of your statement, I've enclosed the Balance, with additional funding to complete the closets in line with your property standards, with surplus to work with your design team. One has provided all lawful information, with additional protections for all parties. I look forward to the Laurel becoming home. Should you need additional time One can look forward to moving end of May.

Respectfully

Rezum M Dayton

One did specify electronic processing request

CERTIFICATE OF SERVICE

I, Regina Mercedes Guyton, certify that on November 21, 2025, I served the following filings:

- Updated Opposition to Defendants' Motion to Dismiss
- Updated Amended Complaint
- Exhibit Compilation (A–H)
- Motion for Leave to Amend
- Exhibit H – Rebuttal Letter

Service was completed via the Court's ECF system and by mailing copies to Defendants' counsel at their business address.

Respectfully submitted,

Regina Mercedes Guyton

Plaintiff, Pro Se