**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

REGINA MERCEDES GUYTON,

        *Plaintiff,*

    v.

SOUTHERN LAND CO., et al.,

        *Defendants.*

CIVIL ACTION

NO. 25-4871

## ORDER

**AND NOW**, this 15th day of April, 2026, upon consideration of the Second

Amended Complaint, (Dkt. No. 40), Defendants' Motion to Dismiss, (Dkt. No. 41), and

Plaintiff's Response, (Dkt. No. 43), it is hereby **ORDERED** as follows:

1.     The Motion to Dismiss is **GRANTED**, and all claims are **dismissed**

       **without prejudice**.

2.     Plaintiff may file a second amended complaint consistent with the

       accompanying memorandum on or before **April 29, 2026**.

          BY THE COURT:

          ***/s/ Gerald J. Pappert***
          Gerald J. Pappert, J.