REC'D APR 2 2 2026

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### REGINA MERCEDES GUYTON

Plaintiff

**v.**

### SOUTHERN LAND COMPANY, LLC

### LAND SERVICES USA, INC

### BRIAN EMMONS

### EVA WALKER

Defendants

Civil Action No. 25-4871

# SECOND AMENDED COMPLAINT

## I. INTRODUCTION

Plaintiff Regina Mercedes Guyton brings this action arising from a failed residential property transaction involving Defendants. Despite Plaintiff's compliance with all requested procedures, provision of funds, and authorization for financial verification, Defendants failed to proceed with the transaction and failed to properly return Plaintiff's funds, resulting in financial harm.

## II. PARTIES

Plaintiff Regina Mercedes Guyton is an individual residing in Philadelphia, Pennsylvania.

Defendant Southern Land Company, LLC is a real estate development company conducting business in Pennsylvania.

Defendant Land Services USA, Inc. participated in handling Plaintiff's transaction and funds.

Defendant Brian Emmons exercised authority over the transaction and decisions to halt it.

Defendant Eva Walker communicated directly with Plaintiff and confirmed acceptance of funds.

## III. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and/or § 1332. Venue is proper in this district because the events occurred within this district.

## IV. FACTUAL ALLEGATIONS

1. On or about April 10, 2025, Plaintiff entered into a residential purchase transaction.

2. Plaintiff followed all instructions provided by Defendants.

3. Plaintiff provided funds and financial documentation as requested.

4. On April 13, 2025, Defendant Eva Walker confirmed acceptance of Plaintiff's payment.

5. Plaintiff provided additional funding thereafter.

6. On April 14, 2025, Defendants halted the transaction.

7. Defendant Brian Emmons stated he and Eva Walker controlled the transaction.

8. Defendant Emmons required additional proof of funds despite prior submission.

9. Plaintiff authorized Defendants to verify financial information directly.

10. Defendants refused to proceed and ceased communication.

11. Plaintiff provided correct mailing instructions.

12. Defendants sent alleged funds to an incorrect address.

13. Plaintiff never received any funds.

14. Plaintiff did not authorize stop payment.

15. Defendants failed to retrieve or reissue funds.

16. Defendants retained control of Plaintiff's funds.

17. Plaintiff suffered financial harm.

18. Plaintiff remained ready and willing to perform.

19. Defendants failed to provide opportunity to cure.

20. Defendants failed to properly return funds despite notice.

## V. CLAIMS FOR RELIEF

### *Count I – Conversion*

Defendants exercised control over Plaintiff's funds and failed to return them.

### *Count II – Negligence*

Defendants breached their duty by failing to properly handle and return Plaintiff's funds.

### *Count III – Unjust Enrichment*

Defendants retained benefit of Plaintiff's funds without completing the transaction.

## VI. RELIEF REQUESTED

Plaintiff requests return of all funds, compensatory damages, pre-judgment interest, costs, and any equitable relief deemed appropriate.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## VIII. SIGNATURE

Regina Mercedes Guyton

P.O. Box 36613

Philadelphia, PA 19107

267-624-2885